UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAK AUTOMATION, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV413 JCH |
| ) | |
| G.C. EVANS SALES AND ) | |
| MANUFACTURING COMPANY, INC., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon the Joint Motion to Amend Case Management Order and for ADR Referral, filed May 6, 2009. (Doc. No. 21). Upon consideration, the Court will grant the parties' motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Amend Case Management Order and for ADR Referral (Doc. No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case shall be referred to alternative dispute resolution on **May 8, 2009**, and that reference shall terminate on **July 10, 2009**.

**IT IS FURTHER ORDERED** that the parties shall complete **all** discovery in this matter no later than **July 15, 2009**.

**IT IS FURTHER ORDERED** that any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or, if applicable, any motion to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co. Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **August 1, 2009**. Any response shall be filed no later than **September 1, 2009**. Any reply shall be filed no later than **September 11, 2009**.

**IT IS FURTHER ORDERED** that this matter is set for a **JURY** trial on **Monday, December 7, 2009** at **9:00 a.m.** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that all other deadlines from this Court's original Case Management Order (Doc. No. 19) shall remain in effect.

Dated this 7th day of May, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE